# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TODD WELDON SMITH**                                                     **PLAINTIFF**

v.                          No. 4:20-cv-1115-DPM

**NORTHLAND CAPITAL FINANCIAL**
**SERVICES, LLC and CHARLES SCHINDLER**          **DEFENDANTS**

## ORDER

This case is related to 4:19-cv-280-KGB.  Judge Baker has agreed to accept a transfer, and that would promote judicial economy.  The Court therefore directs the Clerk to reassign this case to Judge Baker.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2020